THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY HACKNEY, | CASE NO. C20-0972-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BOARD OF TRUSTEES OF THE LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT PLAN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court no the parties' stipulated motion to extend the deadline for Defendant to respond to Plaintiff's motion for summary judgment (Dkt. No. 8). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS that:

1. Defendant must file its response to Plaintiff's motion for summary judgment no later than September 7, 2020;

2. Plaintiff must file her reply in support of her motion for summary judgment no later than September 11, 2020; and

MINUTE ORDER
C20-0972-JCC
PAGE - 1

3. The Clerk is DIRECTED to renote Plaintiff's motion for summary judgment (Dkt. No. 5) to September 11, 2020.

DATED this 24th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
