THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY HACKNEY, | CASE NO. C20-0972-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BOARD OF TRUSTEES OF THE LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT PLAN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for dismissal (Dkt. No. 17). Under Fed. R. Civ. P. 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared."

Here, all parties who have appeared stipulate that all claims and counterclaims shall be dismissed. (Dkt. No. 17 at 2.) Thus, under Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing. This action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 30th day of December 2020.

William M. McCool<br>
Clerk of Court

s/Paula McNabb<br>
Deputy Clerk